CAUSE NO. 83223

| | | |
|---|---|---|
| JIMMY NOAH | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| V. | § | LAMAR COUNTY, TEXAS |
| | § | |
| | § | |
| DONALD WIKOFF, M.D., and | § | |
| WIKOFF UROLOGY, P.A. | § | 62ND JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/14/2015 11:52:08 AM
DEBBIE AUTREY
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

Under Tex. R. App. P. 25.1 and 26.1, notice is hereby given that JIMMY NOAH, Plaintiff, in the above-styled and numbered cause, desires to appeal to the Court of Appeals for the Sixth Judicial District of Texas at Texarkana from the Order on Defendants' Motion to Dismiss signed by the Court on June 12, 2015.

Respectfully submitted,

Mark A. Haney
State Bar No. 08908480
mark@pulshaney.com

W. Kelly Puls
State Bar No. 16393350
kelly@pulshaney.com

Kolter R. Jennings
State Bar No. 24094048
kolter@pulshaney.com

**PULS HANEY, P. L.L.C.**
300 Burnett Street, Suite 160
Fort Worth, TX 76102
Telephone: 817-498-9911
Telephone: 817-338-1717
Facsimile: 817-332-1333

**ATTORNEYS FOR PLAINTIFF**

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was forwarded to all counsel of record on this 8th day of September, 2015, as follows:

William C. Dunnill
**STEED, DUNNILL, REYNOLDS, MURPHY, LAMBERTH, LLP**
One Horizon Ridge
1010 W. Ralph Hall Parkway, 2nd Floor
Rockwall, Texas 75032
Via E-File & Facsimile 469-698-4201

**Mark A. Haney**